P-SEND

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 05-4833-RGK (MANx) | Date | July 5, 2006 |
|---|---|---|---|

| Title | *ONLINE MERCHANT SYSTEMS, LLC, et al. v. OVERTURE SERVICES, INC., et al.* |
|---|---|

**Present: The Honorable** R. GARY KLAUSNER, U.S. DISTRICT JUDGE

| Sharon L. Williams | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

Not Present  Not Present

**Proceedings:** **(IN CHAMBERS) PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT (DE 77) AND PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND DIRECTING DISSEMINATION OF NOTICE TO THE CLASS (DE 81)**

The Court hereby advises counsel that the above-referenced motions set for hearing on July 10, 2006 at 9:00 a.m. are **UNDER SUBMISSION** and taken off the motion calendar. Furthermore, no appearance by counsel is necessary. The Court will issue a ruling after full consideration of the submitted pleadings.

**IT IS SO ORDERED.**



Initials of Preparer slw

DOCKETED ON CM
JUL - 5 2006